# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1845
LT Case No. 2024-SC-003819

_____

MICHELE TAYLOR,

Appellant,

v.

TOTAKEO F. PRAYLOW,

Appellee.

_____

On appeal from the County Court for Duval County.
Eleni Elia Derke, Judge.

Michele Taylor, Yulee, pro se.

Scott A. Cole, of Cole, Scott & Kissane, P.A., Miami, for Appellee.

July 28, 2026

PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____